IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DENISE SUBRAMANIAM,**

        Plaintiff,

        v.

**D. ANDREW BEAL; PERKINS COIE LLP;**
**LORRAINE BROWN; and DOES 1 THROUGH 50,**

        Defendants.

No. 3:15-cv-02002-MO

ORDER OF DISMISSAL

**MOSMAN, J.**,

    Plaintiff's Complaint [2] states either claims that have already been decided (3:14-cv-01482-SI; 3:12-cv-1681-MO; 3:14-cv-01836-MO) or claims that fail to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

    Dated this  10   day of November, 2015.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge

1 – JUDGMENT