FILED 3 DEC '15 13:16 USDC-ORP

Denise Subramaniam
Self-represented
13865 SW Walker Rd
Beaverton OR 97005
503-764-5300

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **DENISE SUBRAMANIAM**<br>    **Plaintiff, Pro Per**<br>v.<br>**D. ANDREW BEAL; PERKINS COIE LLP**<br>**LORRAINE BROWN; and DOES 1 - 50**<br>    **Defendants** | Civil Case No. 3:15-cv-02002-MO<br><br>**DEFENDANT'S NOTICE OF**<br>**APPEAL** |

### DEFENDANT'S NOTICE OF APPEAL OF JUDGE MOSMAN'S ORDER
### OF DISMISSAL ENTERED NOVEMBER 10, 2015 (DOC 17)

NOTICE IS HEREBY GIVEN that Plaintiff, Denise Subramaniam, pro se, appeals to the United

States Court of Appeals for the Ninth Circuit from a summary order to dismiss this case with

prejudice issued by Judge Michael W. Mosman on November 10, 2015 [Docket No. 17].

Respectfully Submitted.

*[signature]*

Denise Subramaniam